No. 24-1712

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Karen Collyer
*Plaintiff-Appellant,*

v.

Catalina Snacks Inc.
*Defendant-Appellee.*

On Appeal from the United States District Court
for the Northern District of California
No. 3:23-cv-00296-AMO
Hon. Araceli Martinez-Olguin

**DECLARATION OF COLE KROSHUS**

AMIN WASSERMAN GURNANI, LLP
William P. Cole, Bar No. 186772
Matthew R. Orr, Bar No. 211097
Cole Kroshus, Bar No. 345790
515 S. Flower St., 18th Floor
Los Angeles, CA 90071
Tel.: (213) 933-2330
Fax.: (312) 884-7352
wcole@awglaw.com
*Attorneys for Defendant-Appellee*
*Catalina Snacks Inc.*

## DECLARATION OF COLE KROSHUS

I, Cole Kroshus, declare as follows:

1.     I am an attorney with Amin Wasserman Gurnani, LLP, counsel of record for Defendant-Appellee Catalina Snacks Inc. I have personal knowledge of the following facts and, if called to testify, could competently testify thereto.

2.     On June 28, 2024, I accessed the FDA's website and retrieved the consumer update *FDA Consumer Update: What's in a Name? What Every Consumer Should Know About Foods and Flavors*. A true and correct copy of the foregoing Update is submitted as Exhibit 1 to the Request for Judicial Notice.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration is executed on June 28, 2024.

*/s/ Cole Kroshus*_____
Cole Kroshus

## CERTIFICATE OF SERVICE

I hereby certify that I caused the electronic filing of the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on July 1, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: July 1, 2024 /s/ *William P. Cole*
William P. Cole